UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOWELL QUINCY GREEN, <br> TDCJ No. 518622, <br><br> Plaintiff, <br><br> VS. <br><br> JANE J. BOYLE, ET AL., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 3:20-CV-3654-G (BN) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

January 8, 2021.

_____
A. JOE FISH
Senior United States District Judge